UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| DUANE YEAGER, | ) |
| *Plaintiff*, | ) ) ) |
| | ) Case No. 2:22-cv-113 |
| v. | ) |
| | ) Judge Atchley |
| MITZIE WIDDAL, | ) |
| KENNETH TRIVITT, | ) Magistrate Judge Wyrick |
| SERGEANT MCGINNIS, and | ) |
| SHERIFF DEXTER LUNSFORD, | ) |
| | ) |
| *Defendants*. | ) |

## JUDGMENT ORDER

In accordance with the Memorandum and Order entered herewith, Plaintiff's complaint is **DISMISSED** as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

Because the Court **CERTIFIED** in its Memorandum and Order that any appeal from this action would not be taken in good faith and would be totally frivolous, Plaintiff is **DENIED** leave to proceed *in forma pauperis* on any subsequent appeal. 28 U.S.C. § 1915(a)(3); Fed. R. Civ. P. 24.

The Clerk is **DIRECTED** to close this file.

**SO ORDERED.**

ENTERED AS A JUDGMENT:
*LeAnna R. Wilson*
CLERK OF COURT